```
JOSEPH LEE WILLIAMSON
PO BOX 186
WIGGINS, MS 39577



THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236



CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130



PAMELA WILLIAMSON
732 WEST 2ND AVE
WIGGINS, MS 39577



TRUSTMARK NATIONAL
248 EAST CAPITOL ST
JACKSON, MS 39201



WELLS FARGO
PO BOX 71092
CHARLOTTE, NC 28272
```