Certificate Number: 17082-MSS-DE-040359543

Bankruptcy Case Number: 25-51738



17082-MSS-DE-040359543

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 29, 2025, at 5:23 o'clock PM MST, JOSEPH L WILLIAMSON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   November 29, 2025         By:   /s/Orsolya K Lazar

                                  Name: Orsolya K Lazar

                                  Title: Executive Director