### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Joseph Lee Williamson, Debtor                    Case No. 25-51738-KMS
                                                                           CHAPTER 13

### ORDER DISALLOWING PROOF OF CLAIM # 1 AS FILED BY
### WELLS FARGO BANK, N.A., d/b/a WELLS FARGO AUTO

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 1 as Filed by Wells Fargo Bank, N.A. (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 1 as filed by Wells Fargo Bank, N.A. is granted, and further, Proof of Claim # 1 is hereby disallowed as filed.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com