United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51738-KMS
Joseph Lee Williamson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Feb 10, 2026      Form ID: n031      Total Noticed: 7

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Lee Williamson, PO Box 186, Wiggins, MS 39577-0186 |
| 5590907 | + | Pamela Williamson, 732 West 2nd Ave, Wiggins, MS 39577-2506 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5590906 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 10 2026 19:37:17 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5612860 | + | Email/Text: kristie.pope@hattiesburgclinic.com | Feb 10 2026 19:26:00 | Hattiesburg Clinic, 415 S 28th Ave, Hattiesburg, MS 39401-7283 |
| 5590908 | | Email/Text: bankruptcynotices@trustmark.com | Feb 10 2026 19:26:00 | Trustmark National, 248 East Capitol St, Jackson, MS 39201 |
| 5590909 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Feb 10 2026 19:37:23 | Wells Fargo, Po Box 71092, Charlotte, NC 28272-1092 |
| 5607253 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Feb 10 2026 19:37:23 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Wells Fargo Bank, N.A, d/b/a Wells Fargo Auto |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026      Signature:      /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Feb 10, 2026 | Form ID: n031 | Total Noticed: 7 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Joseph Lee Williamson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51738−KMS
**Chapter:** 13

**In re:**

Joseph Lee Williamson
PO Box 186
Wiggins, MS 39577

### Notice of Entry of Order Confirming Plan

The Court entered an Order on February 10, 2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: February 10, 2026                                        Danny L. Miller, Clerk of Court