**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Joseph Lee Williamson, Debtor**                    **Case No. 25-51738-KMS**
                                                               **CHAPTER 13**

## NOTICE

Debtor has filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: March 13, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer Ann Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O. Box 13767
                                           Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Joseph Lee Williamson, Debtor                    Case No. 25-51738-KMS
                                                                                 CHAPTER 13

## MOTION TO MODIFY BANKRUPTCY PLAN

COMES NOW, Debtor, by and through counsel, and moves this Court to modify their Chapter 13 plan, and in support thereof, would show the Court as follows:

1.  Debtor commenced this case on November 17, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2.  The Debtor's Chapter 13 Plan was confirmed on February 10, 2026.

3.  The confirmed plan currently provides for a plan term of sixty (60) months.

4.  The Debtor is a below-median income debtor as defined under the Bankruptcy Code.

5.  The Debtor now proposes to modify the confirmed plan to provide for payment of one hundred percent (100%) of all timely filed and allowed claims.

6.  Because the plan proposes to pay 100% to all timely filed claims, the Debtor further proposes to reduce the plan term from sixty (60) months to thirty-six (36) months with a plan payment of $117.00 per month.

7.  The proposed modification is feasible and is in the best interest of both the Debtor and creditors.

WHEREFORE, The Debtor respectfully requests that this Court enter an Order approving the modification of the confirmed Chapter 13 Plan to provide for monthly plan payments of $117.00, payment of 100% to all timely filed and allowed claims, and reducing the plan term from sixty (60) months to thirty-six (36) months, and for such other and further relief as the Court deems just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on March 13, 2026, to:

By Electronic CM/ECF Notice:

  Warren Cuntz

  U.S. Trustee


        /s/ Thomas C. Rollins, Jr.
        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JOSEPH LEE WILLIAMSON

CASE NO: 25-51738

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/13/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/13/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JOSEPH LEE WILLIAMSON

CASE NO: 25-51738

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/13/2026, a copy of the following documents, described below,

Notice and Motion to Modify Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/13/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-51738
SOUTHERN DISTRICT OF MISSISSIPPI
FRI MAR 13 8-33-0 PST 2026

EXCLUDE

(U)WELLS FARGO BANK  NA  DBA WELLS FARGO AUT

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

HATTIESBURG CLINIC
415 S 28TH AVE
HATTIESBURG  MS 39401-7283

PAMELA WILLIAMSON
732 WEST 2ND AVE
WIGGINS  MS 39577-2506

(P)TRUSTMARK NATIONAL BANK
P O BOX 291
JACKSON MS 39205-0291

EXCLUDE

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE G-430
JACKSON  MS 39201-5022

WELLS FARGO
PO BOX 71092
CHARLOTTE  NC 28272-1092

WELLS FARGO BANK  NA  DBA WELLS FARGO AU
WELLS FARGO AUTO
PO BOX 169005
IRVING  TX 75016-9005

DEBTOR

JOSEPH LEE WILLIAMSON
PO BOX 186
WIGGINS  MS 39577-0186

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749