United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                                Case No. 25-51738-KMS

Joseph Lee Williamson                                                                Chapter 13

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                              User: mssbad                                    Page 1 of 1

Date Rcvd: Apr 24, 2026                     Form ID: pdf012                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2026:**

**Recip ID              Recipient Name and Address**
db                          +  Joseph Lee Williamson, PO Box 186, Wiggins, MS 39577-0186

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2026                          Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Joseph Lee Williamson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 3

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: April 24, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN THE MATTER OF:**                                    **CHAPTER 13**
**JOSEPH LEE WILLIAMSON**                          **CASE NO.:  25-51738 KMS**

### **AMENDED**ORDER UPON DEBTOR DIRECTING PAYMENTS TO TRUSTEE

**IT APPEARING TO THE COURT** that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the proposed bankruptcy plan. [1]  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1) and § 1326(a)(1)(A), that:

**Joseph Lee Williamson**
**PO Box 186**
**Wiggins, MS 39577**

is *directed to pay the* amended sum of **$117.00** per month effective retro-active with March 31st, 2026 **plan payment.**  Payments can be made through **TFSbillpay.com** or by **CERTIFIED FUNDS**.   Payments through TFSbillpay.com will need to be submitted 7 days prior to the due date to be receipted timely.   Payments by CERTIFIED FUNDS must be received before noon of the last business day of the month, must include your name and case number and payable to Warren A. Cuntz, Jr., Trustee and mailed to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

and continuing monthly, unless or until: (a) the payment amount is altered or modified by Court Order or (b) the Debtor is released from making further plan payments.

**##END OF ORDER##**

_____

1  Plan payment adjusted due to Order Granting Motion To Modify Plan (Dk.25)