**Fill in this information to identify the case:**

Debtor 1 — Joseph Lee Williamson

Debtor 2 — _____
(Spouse, if filing)

United States Bankruptcy Court for the: **SOUTHERN** District of **MS**
(State)

Case number — **25-51738**

## Official Form 410S1

# Notice of Mortgage Payment Change

12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: **Trustmark Bank**

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: **6 7 4 4**

Date of payment change:
Must be at least 21 days after date of this notice — **07 / 01 / 2026**

New total payment: **$ 1372.24**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

---

**Part 1:** Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ **519.06**   New escrow payment: $ **335.81**

---

**Part 2:** Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %   New interest rate: _____ %

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

---

**Part 3:** Annual HELOC Notice

3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?

   ☑ No

   ☐ Yes.
   Current HELOC payment: $_____

   Reconciliation amount: + $_____ or
   − $_____

---

Official Form 410S1               Notice of Mortgage Payment Change               page 1

Debtor 1  Joseph  Lee  Williamson

First Name    Middle Name    Last Name

Case number *(if known)* 25-51738

| | | |
|---|---|---|
| Amount of next payment (including reconciliation amount) | $_____ |
| Amount of the new payment thereafter (without reconciliation amount) | $_____ |

## Part 4:  Other Payment Change

**4.  Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

Current mortgage payment: $ _____   New mortgage payment:  $ _____

## Part 5:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

■ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

**X** _~Jason Humphrey (signature)~_____   Date 5,19,2026

Signature

Print:  Jason _____ Humphrey _____   Title  Bankruptcy Analyst

First Name    Middle Name    Last Name

Company  Trustmark Bank _____

Address  PO Box 522 _____

Number    Street

Jackson _____   MS    39205

City    State    ZIP Code

Contact phone ( 601 ) 208 _ 4965 _____   Email _____

**ANALYSIS/REVIEW - PROJECTION STATEMENT**  376    5/19/2026  1:57:22 PM ET    PFSP342

Account No   ˎ                Statement: Type        ANNUAL        Date       05/15/26

SURPLUS WAS REFUNDED               BKR

## Analysis Based On

| | | | |
|---|---|---|---|
| Anticipated Disbursements | 4029.81 | CP Index Factor | 0.00% |
| Ideal Escrow Payment | 335.81 | Cushion    C-1/6 | 530.10 |
| Cycle            07/01/26  - 06/30/27 | | RESPA Max 1/6 Cushion | 530.10 |
| Analysis Parameter Review | No ∨ | Loan Status Review | No ∨ |
| Anticipated Escrow Balance Detail | No ∨ | Current PITI | 1555.49 |
| | | PMI Termination Date | 00/00/00 |

## Results

Lowpoint Month: 11/26    Anticipated Bal      917.70    Required Bal       530.10

UNCOL LC     .00 REF     387.60

| | | | |
|---|---|---|---|
| Current Escrow Shortage | 0.00 | Percentage of Change | -35.3042% |
| EA Shortage Spread Used | 0 | View Trial Balance Detail | No ∨ |

| ---- OLD ---- | ------ PAYMENT DETAIL ------ | --- NEW EFF 07/01/26 - |
|---|---|---|
| 1036.43 | PRINCIPAL & INTEREST | 1036.43 |
| 519.06 | ESCROW | 335.81 |
| .00 | OPTIONAL INS | .00 |
| .00 | ANCILLARY | .00 |
| .00 | SHORTAGE | .00 |
| .00 | DEFICIENCY | .00 |
| .00 | SURPLUS | .00 |
| .00 | ROUNDING   (+/ -) | .00 |
| .00 | BUYDOWN/ASST PMT | .00 |
| .00 | PS MOPR AMT | .00 |
| 1555.49 | TOTAL BORROWER PAYMENT | 1372.24 |

Message:                                      OK                          MORE...

**ANALYSIS/REVIEW - PROJECTION STATEMENT**  376     5/19/2026  1:57:38 PM ET     PFSP344

```
+----------------------------Trial   Balance   Detail  ----------------------------+
|                                                     -                             |
| -- To Escrow --              -- From Escrow --       ---- Escrow  Balance ---- |
| Month    Antciptd   Cpindex   Antciptd     Desc       ANTCIPTD      Required  |
|                          STARTING BALANCE =>        2701.45    2313.85        |
| 07/26    335.81      .00      70.76      FHA RI      2966.50     2578.90 |
| 08/26    335.81      .00      70.76      FHA RI      3231.55     2843.95 |
| 09/26    335.81      .00      70.76      FHA RI      3496.60     3109.00 |
| 10/26    335.81      .00      70.76      FHA RI      3761.65     3374.05 |
| 11/26    335.81      .00     3109.00     HAZARD         .00         .00 |
|            .00      .00      70.76      FHA RI       917.70      530.10 |
| 12/26    335.81      .00      70.76      FHA RI         .00         .00 |
|            .00      .00      71.69      COUNTY      1111.06      723.46 |
| 01/27    335.81      .00      70.76      FHA RI      1376.11      988.51 |
| 02/27    335.81      .00      70.76      FHA RI      1641.16     1253.56 |
| 03/27    335.81      .00      70.76      FHA RI      1906.21     1518.61 |
| 04/27    335.81      .00      70.76      FHA RI      2171.26     1783.66 |
| 05/27    335.81      .00      70.76      FHA RI      2436.31     2048.71 |
| 06/27    335.81      .00      70.76      FHA RI      2701.36     2313.76 |
+----------------------------------------------------------------------------+
 ----
```

Message:   CLICK RETURN TO EXIT                         OK                          BOTTOM

## CERTIFICATE OF SERVICE

I, Jason Humphrey, do herby certify that I have this 19th day of May 2026 transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U.S. Mail, postage prepaid, a true and correct copy of the above Notice   and a copy of the Notice of Mortgage Payment Change to the Case Trustee, Debtor(s),

Warren A. Cuntz T1, Jr.
wcuntzcourt@gport13.com

Jason Humphrey
P.O. Box 522
Jackson, MS 39205

Joseph Lee Williamson
PO Box 186
Wiggins, MS 39577

Thomas Carl Rollins, Jr
trollins@therollinsfirm.com